**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THE CLOUD FOUNDATION, et al., | ) | 3:11-cv-00459-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| UNITED STATE BUREAU OF LAND MANAGEMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Safari Club International has filed a motion to intervene as amicus curiae in this action. They have also filed an *ex parte* motion (#19) for an order shortening the time to respond to their motion to intervene. There is no basis for the motion for an order shortening time to have been filed *ex parte*. Accordingly, Safari Club International shall serve the *ex parte* motion (#19) on the plaintiffs and defendants in this action. The court will consider the motion for an order shortening time after responses have been filed by the plaintiffs and the defendants.

IT IS SO ORDERED.

DATED: This 12th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE