1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                       **DISTRICT OF NEVADA**
8
9  THE CLOUD FOUNDATION, et al.,      )        3:11-cv-00459-HDM-VPC
                                       )
10                 Plaintiff,          )
                                       )        ORDER
11 vs.                                 )
                                       )
12 UNITED STATES BUREAU OF LAND        )
   MANAGEMENT, et al.,                 )
13                 Defendants.         )
14 _____ )

15     Safari Club International ("Safari Club") has filed a motion

16 to intervene as defendant in this action (#39).  No opposition to

17 the motion has been filed, and the time for doing so has expired.

18 Having reviewed the application to intervene pursuant to Federal

19 Rule of Civil Procedure 24(a)(2) and having considered each of the

20 four requirements an applicant to intervene must satisfy, *see*

21 *United States v. City of Los Angeles*, 288 F.3d 391, 397 (9th Cir.

22 2002), and good cause appearing, the court hereby grants the Safari

23 Club's motion to intervene of right (#39).

24     IT IS SO ORDERED.

25     DATED: This 28th day of September, 2011.

26
27                    _____
                       UNITED STATES DISTRICT JUDGE
28