**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE CLOUD FOUNDATION, et al., ) | 3:11-cv-00459-HDM-VPC |
| ) | |
| Plaintiffs, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| UNITED STATES BUREAU OF LAND ) | |
| MANAGEMENT, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, and ) | |
| STATE OF NEVADA, DEPARTMENT OF ) | |
| WILDLIFE, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| _____ ) | |

    The State of Nevada, Department of Wildlife, has filed a motion to intervene as defendant in this action (#54).  Plaintiffs do not oppose the motion (#57).  No other opposition to the motion has been filed, and the time for doing so has expired.  Having reviewed the application to intervene pursuant to Federal Rule of Civil Procedure 24(a)(2) and having considered each of the four requirements an applicant to intervene must satisfy, *see United*

1

*States v. City of Los Angeles*, 288 F.3d 391, 397 (9th Cir. 2002), and good cause appearing, the court hereby grants the State of Nevada's motion to intervene of right (#54).

IT IS SO ORDERED.

DATED: This 25th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

2